UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANA PARKER on behalf of minor O.P.,<br><br>Plaintiff,<br><br>v.<br><br>SEATTLE PUBLIC SCHOOLS,<br><br>Defendants. | CASE NO. 2:24-cv-01298-RSL<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED**. Plaintiff may proceed without prepayment of costs or fees or the necessity of giving security therefore.

The Clerk is directed to send a copy of this Order to Plaintiff and to the assigned District Court Judge.

DATED this 21st day of August, 2024.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1