UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANA PARKER on behalf of minor O.P., <br><br> Plaintiff, <br><br> v. <br><br> SEATTLE PUBLIC SCHOOLS, <br><br> Defendant. | Case No. C24-1298RSL <br><br> ORDER GRANTING PLAINTIFF'S MOTION FOR ADDITIONAL TIME |

This matter comes before the Court on plaintiff's motion for additional time to respond to defendant's Motion to Dismiss. Dkt. # 15. Finding good cause, the Court hereby GRANTS plaintiff's motion. Fed. R. Civ. P. 6(b)(1)(A). The Clerk will re-note defendant's Motion to Dismiss to May 12, 2025. Plaintiff's response to the Motion to Dismiss shall be filed on or before May 5, 2025. Defendant's reply, if any, shall be filed on or before May 12, 2025.

IT IS SO ORDERED.

DATED this 18th day of April, 2025.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER GRANTING PLAINTIFF'S MOTION
FOR ADDITIONAL TIME - 1