UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANA PARKER on behalf of minor O.P., <br><br> Plaintiff, <br><br> v. <br><br> SEATTLE PUBLIC SCHOOLS, <br><br> Defendant. | Case No. C24-1298RSL <br><br> SECOND ORDER GRANTING PLAINTIFF'S MOTION FOR ADDITIONAL TIME |

This matter comes before the Court on plaintiff's second motion for additional time to respond to defendant's Motion to Dismiss. Dkt. # 17. Finding good cause, the Court hereby GRANTS plaintiff's motion. Fed. R. Civ. P. 6(b)(1)(A). The Clerk will re-note defendant's Motion to Dismiss to May 15, 2025. Plaintiff's response to the Motion to Dismiss shall be filed on or before May 8, 2025. Defendant's reply, if any, shall be filed on or before May 15, 2025.

IT IS SO ORDERED.

DATED this 6th day of May, 2025.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

SECOND ORDER GRANTING PLAINTIFF'S
MOTION FOR ADDITIONAL TIME - 1